UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:18-cv-229

Name of party requesting extension: Staples, Inc.

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents: ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 6/6/2018

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 4 days

New Deadline Date: 7/31/2018   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Damon M Lewis
State Bar No.: VA 73140
Firm Name: DLA Piper LLP (US)
Address: 500 Eighth Street NW
         Washington, DC 20004

Phone: (202) 799-4573
Fax: (202) 799-5362
Email: damon.lewis@dlapiper.com

A certificate of conference does not need to be filed with this unopposed application.